IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1664 |
| ) | Chief Judge Ambrose |
| LARRY HAINES, *et al.*, ) | Magistrate Judge Caiazza |
| ) | |
| ) | |
| Defendants. ) | |

### ORDER

A rule was issued on the Plaintiff to show good cause why he has not complied with this court's order dated December 29, 2005, which directed the Plaintiff to provide proper instructions for service upon the Defendant, along with a completed notice and waiver of summons, to the Clerk of Court, for the Western District of Pennsylvania, on or before January 19, 2006. The rule was returnable by February 7, 2006. The Plaintiff provided the court with proper instructions for four out of six Defendants.

Therefore, IT IS HEREBY ORDERED that Defendants Larry Haines and Jean Mears are DISMISSED from this action. The court will issue a service order on the remaining four Defendants.

February 8, 20066        s/Francis X. Caiazza
                         Francis X. Caiazza
                         U.S. Magistrate Judge

*Donetta W. Ambrose*
U.S.D.C. Judge

cc:
Carl Lane, AS-1293
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112