**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CARL LANE,                          )
                                    )
            Plaintiff,              )   Civil Action No. 05-1664
                                    )
      v.                            )   Chief Judge Ambrose
                                    )   Magistrate Judge Caiazza
L.S. KERNS-BAN,                     )
                                    )
            Defendant.              )

**MEMORANDUM ORDER**

Carl Lane's ("Lane" or "the Plaintiff") Complaint filed
pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on
December 2, 2005, and was referred to United States Magistrate
Judge Francis X. Caiazza for pretrial proceedings in accordance
with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3
and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on July 23, 2007,
recommended that Defendant Krens-Ban's Motion to Dismiss (Doc.
73
71) be granted, and that the Plaintiff's Motion for Summary
Judgment (Doc. 85) be denied. The parties were allowed ten days
from the date of service to file objections. The Plaintiff's
objections were filed on August 2, 2007.

After de novo review of the pleadings and documents in the
case, together with the Report and Recommendation, and the
objections filed thereto, the following ORDER is entered:

AND NOW, this _14th_ day of _Aug._, 2007,

IT IS HEREBY ORDERED that Defendant Krens-Ban's Motion to

Dismiss (Doc. 71) is GRANTED, and that the Plaintiff's Motion for
Summary Judgment (Doc. 85) is DENIED.

    The Report and Recommendation of Magistrate Judge Caiazza,
(Doc. 88), dated July 23, 2007, is adopted as the opinion of the
court.   The Clerk is directed to mark this case CLOSED.


                              s/Donetta Ambrose
                              Donetta Ambrose
                              Chief U.S. District Court Judge


cc:
Carl Lane, AS-1293
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450